■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES FIELDS, Appellant. [623 NYS2d 166] —Appeal from a judgment of the County Court of Sullivan County (Kane, J.), rendered February 3, 1993, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the second degree.

Upon reviewing the record and brief submitted by defense counsel, we agree that there are no nonfrivolous issues that could be raised on appeal. Accordingly, the judgment should be affirmed and counsel's application for leave to withdraw granted.

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO MARRERO, Appellant. [623 NYS2d 166] —Appeal from a judgment of the County Court of Columbia County (Leaman, J.), rendered July 20, 1992, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the third degree.

In reviewing the record and brief submitted by defense counsel, we find ourselves in agreement with defense counsel's assertion that there are no nonfrivolous issues which could be raised on this appeal. We therefore affirm the judgment of conviction and grant counsel's application for leave to withdraw.

Mikoll, J. P., Crew III, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.